**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| FALLON G. FITZWATER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  21-cv-2067-EFM-KGG |
| | ) |
| UNIVERSITY OF KANSAS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal of this action with prejudice together with all the issues and controversies that were raised or could have been raised therein.  Each party shall bear their own costs, attorney's fees, and expenses.

Respectfully Submitted,

SLOAN, EISENBARTH, GLASSMAN
McENTIRE & JARBOE, L.L.C.

By: */s/ Kelly J. Trussell*
Kelly J. Trussell, KS #23161
ktrussell@sloanlawfirm.com
534 S. Kansas Avenue
Topeka, KS 66603
Telephone: (785) 357-6311
Facsimile: (785) 357-0152
**Attorneys for Plaintiff**

1

By:   */s/ Derek T. Teeter*
Derek T. Teeter, KS #23242
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Derek.Teeter@huschblackwell.com


Michael T. Raupp, KS #25831
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Michael.raupp@huschblackwell.com
**Attorneys for Defendant**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of December, 2021, the foregoing document was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

Derek T. Teeter, KS #23242
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Derek.Teeter@huschblackwell.com

Michael T. Raupp, KS #25831
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Michael.raupp@huschblackwell.com
**Attorneys for Defendant**


By:   */s/ Kelly J. Trussell*
Kelly J. Trussell, KS Bar No. 23161

2